# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA NEW BUILDS, LLC; JIAQI
ZHU; AND XEUJIN YIN,
                        Appellants,
        vs.
DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING LLC,
                        Respondent.

No. 81723

**FILED**

MAR 2 5 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Trevor L. Atkin, District Judge
     Hong & Hong
     Wolfe & Wyman LLP
     Eighth District Court Clerk

21-08614